**\*E-Filed: January 8, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HI&RH EMPRESS AUBREE DEI GRATIA,<br><br>           Plaintiff,<br>      v.<br><br>RODNEY JAY STAFFORD; et al.,<br><br>           Defendants.<br>_____/ | No. C14-04019 LHK (HRL)<br><br>**ORDER CONTINUING HEARING ON NON-PARTY COUNTY OF SANTA CLARA'S MOTION TO QUASH SUBPOENA DUCES TECUM TO FEBRUARY 10, 2015** |

Plaintiff "HI&RH Empress Aubree Dei Gratia©" or "Rosalie Aubree Guancione©" asserts admiralty jurisdiction for various alleged civil rights violations against Judge Rodney Stafford of the Santa Clara County Superior Court, Santa Clara County District Attorney Jeffrey Rosen, and Deputy District Attorney Alexis Causey arising out of a state court criminal trial. Non-Party County of Santa Clara has filed a motion to quash subpoena duces tecum dated December 2, 2014 that was served on the County of Santa Clara by Plaintiff. A hearing was set for January 13, 2015.

Plaintiff has filed a "Notice of Unavailability of Counsel for the Month of January 2015." Plaintiff states that she is unable to appear for hearings during the month of January because she is

///

///

///

///

1 currently incarcerated.  Accordingly, the hearing on the motion to quash subpoena duces tecum is
2 continued to February 10, 2015, at 10:00 a.m.

3 **IT IS SO ORDERED.**

4 Dated: January 8, 2015



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C14-04019 LHK (HRL) Notice has been electronically mailed to:**

2 Gregory J. Charles      Gregory.Charles@cco.sccgov.org, linda.ramos@cco.sccgov.org

3 Kimberly M. Drake      kdrake@jarvisfay.com, ccampbell@jarvisfay.com, ctorres@jarvisfay.com, jennifer@jarvisfay.com

5 **C14-04019 LHK (HRL) Notice will be mailed to:**

6 Aubree Regina Dei Gratia
c/o U.S.P.O. Postmaster, c/o temporary mailing location
PO Box Nine-Zero-Four-Five-Two, near San Jose
Santa Clara, CA

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**